IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TYRONE HURT,

    Plaintiff,

v.

D.C. GOVERNMENT, et al. and
CORPORATION COUNCIL OFFICE, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

13-cv-33-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case for failure to state a claim upon which relief may be granted.

_____      2/15/13
Peter Oppeneer, Clerk of Court         Date